PROB 12C
(7/93)

Report Date: November 18, 2013

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ralph James Davis          Case Number: 0980 2:11CR06034-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: November 30, 2011

| | | |
|---|---|---|
| Original Offense: | Dealing Counterfeit Currency, 18 U.S.C. § 473 | |
| Original Sentence: | Probation 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: November 30, 2011 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: November 29, 2016 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/2/2012.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

4    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ralph Davis Jr. is considered in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to June 20, 2013.

The defendant reported to the probation office and was requested to give a urine sample for testing. The defendant initially denied any use and the sample was sent into the lab for confirmation. He later admitted to using methamphetamine and apologized for not just admitting to the use. The sample was confirmed positive.

5    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ralph Davis Jr. is considered in violation of his period of supervised release by failing to report for random drug tests on October 15, 2013, and October 31, 2013.

Prob12C
Re: Davis, Ralph James
November 18, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/18/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*Robert H. Whaley*

Signature of Judicial Officer

November 20, 2013

Date